**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

A.D.,                                          :
                                               :       **Civil Action No. 26-5464 (SDW)**
       **Plaintiff,**              :
                                               :
   v.                                :
                                               :       **ORDER**
AUBREY DRAKE GRAHAM, et al.,                    :
                                               :
     **Defendants.**                  :
                                               ::

      **THIS MATTER** comes before the Court on a motion by *pro se* Plaintiff A.D.[1] for the appointment of *pro bono* counsel pursuant to 28 U.S.C. § 1915(e)(1) [Dkt. No. 3].  Pursuant to 28 U.S.C. § 1915, a district court may request an attorney to represent a person who has been granted permission to proceed *in forma pauperis* in the action and is unable to afford counsel.  *See Bacon v. Mandell*, 2012 WL 4105088, at *12 (D.N.J. Sept. 14, 2012).  A review of the docket in this matter indicates that Plaintiff's application to proceed *in forma pauperis* is still pending.  *See* Dkt. No. 1.  Accordingly, because Plaintiff's application to proceed *in forma pauperis* has not yet been decided, the Court finds that Plaintiff's motion for the appointment of *pro bono* counsel is premature.  However, if and when Plaintiff is granted permission to proceed *in forma pauperis*, Plaintiff may file a new application for the appointment of *pro bono* counsel.

      The Court having considered this matter pursuant to Fed. R. Civ. P. 78, and for good cause shown;

      **IT IS** on this 19th day of May, 2026,

---

[1] Plaintiff filed a letter requesting to proceed anonymously in this matter on May 13, 2026, *see* Dkt. No. 2.  Thus, the Court will refer to Plaintiff pseudonymously for purposes of this motion.

**ORDERED** that Plaintiff's motion for the appointment of *pro bono* counsel [Dkt. No. 3]

is **DENIED WITHOUT PREJUDICE**.


      *s/ James B. Clark, III*

**JAMES B. CLARK, III**
**United States Magistrate Judge**