I'm writing this letter as a modification to a Pseudonym name change:

former: A.L.D

request: Jane Doe.

CLERK COURT
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 MAY 20 P 1:16

Regards,
Ayanda Dlamini

I'm writing this letter as an adjustment and modification to the following parties addresses and contact information:

• Aubrey Drake Graham IOVO Sound -

> attorney name:
> Kristen S Ruisi
>
> attorney address:
> Venable LLP
> 151 W. 42nd Street, 49th Fl
> New York, New York 10036
> United States
>
> attorney email:
> trademark.docketing@venable.com

• Atlantic Records -

> correspondent:
> Christopher C Close
>
> correspondent address:
> Trautman Pepper
> Locke LLP
> 600 Peachtree Street NE,
> Suite 3000
> Atlanta, GA 30308

Regards,
Ayanda Dlamini